# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN WILLIAMS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>EXEL INC. D/B/A DHL SUPPLY CHAIN, a Massachusetts Corporation; STEVE BOUGETZ, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: ED CV 17-2163-DMG (SHKx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [18]** |

The Court, having considered the parties' Joint Stipulation to Dismiss Lawsuit with Prejudice, and finding good cause therefor, adopts the terms thereof as the Order of the Court, and hereby orders that the above-captioned action be dismissed in its entirety with prejudice. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.
DATED: July 19, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE